# EXHIBIT A

*Randal S. Mashburn* signature
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/29/2016



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| REO HOLDINGS, LLC, | ) | CASE NO. 16-03349 |
| | ) | |
| DEBTOR. | ) | JUDGE MASHBURN |
| | ) | |

**ORDER APPROVING APPLICATION OF THE TRUSTEE TO EMPLOY MANIER & HEROD, P.C. AS SPECIAL COUNSEL TO REPRESENT THE TRUSTEE PURSUANT TO 11 U.S.C. § 327(e)**

Upon the Application of the Trustee to Employ Manier & Herod, P.C. as Special Counsel to Represent the Trustee Pursuant to 11 U.S.C. § 327(e) (the "Application"), having been filed on August 3, 2016, and it appearing that good and sufficient notice of the Application has been given and a reasonable opportunity to object to, or be heard has been afforded to all interested persons and entities pursuant to Local Rule 9013-1 and no timely objections having been filed, and it appearing to the Court that said Application should be granted; it is therefore

1

Case 3:16-bk-03349    Doc 178    Filed 08/29/16    Entered 08/29/16 13:40:14    Desc Main
Document    Page 1 of 2

Case 3:16-bk-03349    Doc 158-1    Filed 08/26/16    Entered 08/26/16 15:54:36    Desc
Exhibit A - Order Granting Manier & Herod P.C. Employment    Page 2 of 3

ORDERED that the Trustee is authorized to employ Manier & Herod, P.C. as Special Counsel to Represent the Trustee pursuant to 11 U.S.C. § 327(e), upon the terms set forth in the Application; and

ORDERED that Manier & Herod, P.C. shall make application to the Court for approval of all fees.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for Entry:

/s/ Eva M. Lemeh
Eva M. Lemeh, (BPR No. 012153)
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862
(615) 691-7382 (fax)
elemehtrustee@comcast.net

Counsel for the Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

1124937.1

2

Case 3:16-bk-03949 Doc 1578-1 Filed 08/29/16 Entered 08/29/16 14:46:33 Desc Main
Exhibit A - Order Granting Manier & Herod Page 2 of 2 Employment  Page 3 of 3