# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| REO HOLDINGS, LLC, | ) | CASE NO. 16-03349 |
| | ) | |
| DEBTOR. | ) | JUDGE MASHBURN |
| | ) | |

LIST OF PROFESSIONALS AND PARAPROFESSIONALS FOR
THIRD INTERIM APPLICATION FOR ALLOWANCE COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MANIER & HEROD P.C.
AS SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE

NAME OF APPLICANT: **MANIER & HEROD, P.C.**
ROLE IN THE CASE: **SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

FEES PREVIOUSLY REQUESTED: **$316,725.00**-
FEES PREVIOUSLY AWARDED: **$316,725.00**-
EXPENSES PREVIOUSLY REQUESTED: **$7,411.57**
EXPENSES PREVIOUSLY AWARDED: **$7,411.57**
RETAINER PAID: $--0--
AMOUNT PAID FROM RETAINER PRE-PETITION: $--0--

**CURRENT APPLICATION:**

FEES REQUESTED: $98,832.50
EXPENSES REQUESTED: $2,413.14

**PROFESSIONALS:**

| NAME: | HOURS BILLED: | YEAR ADMITTED | RATE: | TOTAL: |
|---|---:|---|---|---:|
| Michael E. Collins | 3.00 | 1993 | $400.00 | **$1,200.00** |
| Robert W. Miller | 314.30 | 2011 | $275.00 | **$86,432.50** |
| Caralisa Connell | 44.30 | 2017 | $250.00 | **$11,075.00** |
| Laurie W. Matthews (paralegal) | 1.0 | | $125.00 | **$125.00** |

TOTAL FEES and EXPENSES: $101,245.64