Metropolitan Government of Nashville
Davidson County Tennessee
Metropolitan Trustee
POB 196358
Nashville, TN 37219-6358

R Alex Dickerson
Assistant Metropolitan Attorney
108 Metropolitan Courthouse
PO Box 196300
Nashville, TN 37219-6300

U.S. Attorney
167 N. Main, Suite 800
Memphis, TN 38103-1827

Billy Gregory
507 Ewing Drive
Nashville, TN 37207-3118

John Sherrod III
510 South Main
Springfield, TN 37212-2815

Scott M. Shaw
Evans Harrison Hackett PLLC
835 Georgia Ave Suite 800
Chattanooga, TN 37402-2225

TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

U.S. Dept. of Justice/Tax Division
Civil Trial Section, Eastern Region
P.O. Box 227
Ben Franklin Station
Washington, DC 20044-0227

Julie Coone
69 Thompson Lane
Nashville, TN 37211-2587

Sheila B. Stevenson
Woodbine Legal
69 Thompson Lane
Nashville, TN 37211-2587

Thomas Harold Strawn Jr.
Strawn & Edwards, PLLC
314 North Church Ave
Dyersburg, TN 38024-3071

Paul J. Krog
Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219-1734

Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd., N.E.
Suite 900
Atlanta, GA 30326-1382

Stites & Harbison, PLLC
c/o Erika R. Barnes
401 Commerce Street
Suite 800
Nashville, TN 37219-2490

John McLemore
2000 Richard Jones Rd Ste 250
Nashville, TN 37215-2885

Merdan Ibrahim
69 Thompson Lane
Nashville, TN 37211-2587

Steven Reigle
Regal Homes Co.
290 Ed Harris Road
Ashland City, TN 37015-3009

Family Trust Services LLC
312A Wilson Pike Circle
Brentwood, TN 37027-2743

Regal Homes Co.
290 Ed Harris Road
Ashland City, TN 37015-3009

Scott Sims
3310 West End Ave
Suite 410
Nashville, TN 37402

Bill Hullander Hamilton
County Trustee
210 Courthouse @ 625
Georgia Ave
Chattanooga, TN 37402

CitiFinancial Servicing, LLC
P.O. Box 6043
Sioux Falls, SD 57117-6043

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John McLemore
c/o Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067

Alexander Thompson Arnold PLLC
185 North Church Street
Dyersburg, TN 38024-4620

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

James Isaac Sanders
Neal & harwell PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203-5078

WSM Legal, PLLC
2817 West End Ave
Suite 126-107
Nashville, TN 37203-1453

Desiree J.C. Goff, Esq.
Equitus Law Alliance PLLC
709 Taylor Street
PO Box 280240
Nashville, TN 37228-0240

James Brett
3941 Sangre De Cristo Ave
Las Vega, NV 89118-0558

Michael Burnette
510 N 2nd Street
Nashville, TN 37207-5902

U.S. Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103-2383

John Sherrod
c/o Leader, Bulso & Nolan PLC
414 union St., Ste. 1740
Nashville, TN 37219-1734

BC Holdings LLC
179 Hamm Road
Chattanooga, TN 37405-4418

Karen P. Dennis
200 Jefferson Avenue, Suite 400
Memphis, TN 38103-2383

Steven Reigle
c/o Leader, Bulso & Nolan PLC
414 Union St., Ste. 1740
Nashville, TN 37219-1734

REO Holdings, LLC
69 Thompson Lane
Nashville, TN 37211-2587

Billy Gregory
c/o Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219-1734

Duane W Devault
PO Box 387
Hendersonville, TN 37077-0387

Capital One Bank NA
PO Box 71083
Charlotte, NC 28272-1083

Charles E Walker
69 Thompson Lane
Nashville, TN 37211-2587

Eva Marie Lemeh
4300 Kings Lane
Nashville, TN 37218-1009

Charlie Cardwell, Metropolitan Trustee
PO Box 196358
Nashville, TN 37219-6358

Andrea Hayes
c/o Equitus Law Alliance, PLLC
P.O. Box 280240
Nashville, TN 37228-0240

Family Trust Services LLC
c/o Leader, Bulso & Nolan PLC
414 Union St., Ste. 1740
Nashville, TN 37219-1734

Justin T. Campbell
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, TN 37067-1465

U.S. Trustee for Region 8
c/o Karen P. Dennis
Trial Attorney
Office of United States Trustee
200 Jefferson Ave., Suite 400
Memphis, TN 38103-2374

Metropolitan Government-Nashville &
Davidson
Post Office Box 196300
Nashville, TN 37219-6300

Jon Paul Johnson
c/o Daniel H. Puryear, Esq.
Puryear Law Group
102 Woodmont Boulevard, Suite 520
Nashville, TN 37205-2287

Martha S. Davis
TN ATTY GEN OFFICE – BKY DIV
PO Box 20207
Nashville, TN 37202-4015

Regal Homes Co.
c/o Leader, Bulso & Nolan PLC
414 Union St., Ste. 1740
Nashville, TN 37219-1734

Maury County Clerk and Master
41 Public Square
Columbia, TN 38401-3319

Daniel Hays Puryear
Puryear Law Group
102 Woodmont Blvd
The Woodmont Centre, Suite 520
Nashville, TN 37205-2287

Steven L. Lefkovitz
Law Offices Lefkovitz & Lefkovitz
618 Church St., Ste 410
Nashville, TN 37219-2452

Beth Roberts Derrick
Assistant US Trustee
Office of the Trustee
701 Broadway, Suite 318
Nashville, TN 37203-3966

John A Beam
Equitus Law Alliance PLLC
PO Box 280240
Nashville, TN 37228-0240

Jeremiah L McGuire
Brock & Scott PLLC
5050 Poplar Avenue
Suite 1608
Memphis, TN 38157-1608

Elizabeth Ann Cash
Weiss Spicer Cash PLLC
208 Adams Avenue
Memphis, TN 38103-1922

Eugene N Bulso Jr
Leader Bulso Nolan + Burnstein PLC
414 Union Street, Suite 1740
Nashville, TN 37219-1734

Raleigh Alexander & Dickerson
Metro Dept of Law
108 Metropolitan Courthosue
PO Box 196300
Nashville, TN 37219-6300

Jamaal L. Boykin
Manson Johnson & Conner PLC
215 2nd Ave N
Suite 300
Nashville, TN 37201-1601

Basswood Revocable Land Trust
Evette Savage
1900 Amberley Trail
Chattanooga, TN 37421

SunTrust Bank, Support Services
Bankruptcy Department
P.O. Box 85092
Richmond, VA 23286