UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| REO HOLDINGS, LLC, | ) | CASE NO.: 16-03349 |
| | ) | |
| DEBTOR. | ) | JUDGE MASHBURN |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** <u>October 17, 2018</u>
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** <u>November 6, 2018</u>, 9:00 AM, CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, NASHVILLE, TN 37203

**NOTICE PURSUANT TO LOCAL RULE 9013-1 OF THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MANIER & HEROD, P.C.**

Manier & Herod, P.C., has asked the court for the following relief: to approve the interim application for compensation and reimbursement of expenses of Manier & Herod, P.C. as counsel for the Post-Confirmation Distribution Agent from February 1, 2018, to August 31, 2018.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached objection by entering the attached order, or if you want the court to consider your views on the motion, then on or before <u>**October 17, 2018**</u>, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. **Your response must state that (i) the deadline for filing responses is October 17, 2018, and (ii) the date of the scheduled hearing for the Third Interim Application for Compensation and Reimbursement of Expenses of Manier & Herod, P.C. is November 6, 2018. If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope**.

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

   Michael E. Collins
   Robert W. Miller
   Manier & Herod, P.C.
   1201 Demonbreun Street, Suite 900
   Nashville, Tennessee 37203

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. *THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.* You may check whether a timely reply has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

| | | | |
|---|---|---|---|
| Date: | September 26, 2018 | Signature: | /s/ Robert W. Miller |
| | | Name: | Michael E. Collins (B.P.R. No. 16036) |
| | | | Robert W. Miller (B.P.R. No. 31918) |
| | | Address: | Manier & Herod, P.C. |
| | | | |
| | | | 1201 Demonbreun Street, Suite 900 |
| | | | Nashville, Tennessee 37203 |
| | | | (615) 244-0030 - Telephone |
| | | | (615) 242-4203 – Facsimile |
| | | | rmiller@manierherod.com |
| | | | |
| | | | *Counsel for the Post-Confirmation Distribution Agent* |

1351369.1.1