**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| REO HOLDINGS, LLC, | ) | CASE NO. 16-03349 |
| | ) | |
| DEBTOR. | ) | JUDGE MASHBURN |
| | ) | |

**ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MANIER & HEROD P.C.**

This matter is before the Court on the Third Interim Application for Allowance of Compensation and Reimbursement of Expenses of Manier & Herod, P.C. (the "Application") filed on September 26, 2018, and there appearing that no timely objections to the Application having been filed, the Court finds that: (a) it has jurisdiction over this proceeding; that this is a core proceeding; (b) notice of the Application was appropriate and no further notice is necessary; (c)

1

the relief sought in the Application is in the best interests of the Debtor,[1] its estate, and its creditors; and (d) the fees and expenses requested by Manier & Herod, P.C. in the Application are reasonable, necessary, and related to the services rendered to the Debtor's estate and the Plan.

IT IS THEREFORE ORDERED THAT:

1. The PCDA is authorized to compensate Manier & Herod, P.C. $101,245.64 for services rendered and expenses incurred as Special Counsel for the estate in this chapter 11 case.

2. The PCDA is immediately authorized to pay the above fees and reimburse the above expenses to Manier & Herod, P.C., upon the entry of this Order.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

MANIER & HEROD, P.C.

/s/ Robert W. Miller
Michael E. Collins (Bar No. 16036)
Robert W. Miller (Bar No. 31918)
1201 Demonbreun St., Ste. 900
Nashville, TN 37203
Tel: 615-244-0030
Fax: 615-242-4203
mcollins@manierherod.com

*Counsel for the Post-Confirmation*
*Distribution Agent*

---

[1] All capitalized terms not defined herein have the meanings ascribed them in the Application.